UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 21-12607
)
DANIEL E. CARLSON )
DIANNA M. CARLSON ) Chapter: 7
)
) Honorable Janet S. Baer
)
) Kane
Debtor(s) )

# ORDER FOR SANCTIONS/DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY

This cause coming before the Court on the Debtors' Motion for Sanctions/Damages for Violation of the Automatic Stay, the Court being fully advised in the premises and having jurisdiction over the subject matter,

IT IS HEREBY ORDERED THAT:

1. Upgrade, Inc. is found to have willfully violated the automatic stay.

2. The Debtor's Motion is continued to February 18, 2022 at 11:00 a.m. for a hearing on damages.

Enter: *(signature)*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 21, 2022

**Prepared by:**

Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE, LLC
105 S. Roselle Rd.
Suite 203
Schaumburg, IL 60193
+1 847-985-1100
jdavidson@fightbills.com